COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     *Christian Sauder v. The State of Texas*

Appellate case number:   01-19-00239-CR

Trial court case number: 16-CCR-187341

Trial court:             County Court at Law No. 1 of Fort Bend County

Date motion filed:       September 9, 2020

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                  ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Kelly, and Landau.


Date: December 29, 2020